JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTONIN GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE et al.,<br><br>Defendants. | Case No. SA CV 21-01425-JVS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that action is dismissed without prejudice for failure to prosecute.

Date: November 04, 2022

_____
JAMES V. SELNA
United States District Judge